ALAN S. LEWIS
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys for Defendant Anthony Allegrino*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                : Index No. 7:07-MJ-01859
:
- v. -                                   : **NOTICE OF APPEARANCE**
:
ANTHONY ALLEGRINO,                       :
:
Defendant.                               :
:
:
------------------------------------------------------------X

To:

| Nola Heller, Esq. | Susan Brody, Esq. |
| Assistant United States Attorney | Federal Defenders of New York Inc. |
| U.S. Attorney's Office | 300 Quarropas Street |
| Southern District of New York | White Plains, NY 10601 |
| 300 Quarropas Street | *Counsel to Defendant at Arraignment* |
| White Plains, NY 10601 | |

**PLEASE TAKE NOTICE** that CARTER LEDYARD & MILBURN LLP is appearing as counsel for Defendant Anthony Allegrino and hereby demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned as counsel for Defendant at the office, address and telephone number set forth as follows:

6148470.1

-2-

Carter Ledyard & Milburn LLP
2 Wall Street, New York, NY 10005
Attn: Alan S. Lewis, Esq.
Tel: (212) 238-8647
Fax: (212) 732-3232

Dated: New York, New York
       November 27, 2007

                        CARTER LEDYARD AND MILBURN LLP

                        By: /s/ Alan Lewis
                        Alan S. Lewis
                        2 Wall Street
                        New York, NY 10005
                        Tel: (212) 732-3200
                        Fax: (212) 732-3232
                        *Attorneys for Defendant Anthony Allegrino*

6148470.1

ALAN S. LEWIS
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
*Attorneys for Defendant Anthony Allegrino*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                : Index No. 7:07-MJ-01859

          - v. -                                            : **AFFIDAVIT OF MAILING**

ANTHONY ALLEGRINO,

                 Defendant.

------------------------------------------------------------X

STATE OF NEW YORK  )
                        : ss.:
COUNTY OF NEW YORK )

      DENNIS MURPHY, being duly sworn, deposes and says:

      1. I am over the age of eighteen years and am not a party to this action.

      2. On the 27th day of November, 2007, I mailed true and correct copies of the annexed NOTICE OF APPEARANCE by placing the same in first class post-paid envelopes addressed:

          Nola Heller, Esq.
          Assistant United States Attorney
          U.S. Attorney's Office
          Southern District of New York
          300 Quarropas Street
          White Plains, New York 10601

          Susan Brody, Esq.
          Federal Defenders of New York Inc.
          300 Quarropas Street
          White Plains, New York 10601

6252349.1

    3. On said day, I deposited said envelopes in a mail depository controlled and maintained by the United States Post Office located in the County of New York, City of New York and said envelopes were dispatched by first class mail.

*Dennis Murphy*

Sworn to before me this

27th day of November, 2007.

*Notary Public.*

CAROLYN D. KODAY-McBURNIE
Notary Public, State of New York
No. 01KO8151765
Qualified in New York County
Commission Expires Oct. 31, 20 10

-2-

6252349.1