# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

**Kenneth S. Levine**
*Associate*

Direct Dial: 212-238-8622
E-mail: levine@clm.com

2 Wall Street
New York, NY 10005-20...

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., ...10
Washington, DC 20001-...
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6...
(212) 371-2720

*MEMO ENDORSED*

July 31, 2008

**VIA FACSIMILE**

Hon. George A. Yanthis
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 118
White Plains, NY 10601

Re:   *United States v. Anthony Allegrino*
      7.07-mj-01859 (GAY)

Dear Judge Yanthis:

This firm represents Anthony Allegrino in the above-referenced matter.

Our client respectfully requests a modification of the travel restrictions ordered by the Court on November 8, 2007, to travel over the next few weeks for personal and business reasons. Assistant United States Attorney Anna M. Skotko and pre-trial services officer Cynthia Labrovic consent to this request, provided that Mr. Allegrino continue to report to pre-trial services weekly via telephone, and visit pre-trial services in person on August 6 after his court appearance that day.

Mr. Allegrino will be reachable at all times via his cellular phone, the number for which is known to pre-trial services. Specifically, Mr. Allegrino seeks travel for the following time periods to the following places:

1. To Bradenton, Florida, from August 1 to August 5. Mr. Allegrino plans to visit his parents. He plans to travel on U.S. Air flight #3873 and #955; and return on U.S. Air flight #1690 and #4244. He intends to stay at his parents home in Bradenton, Florida.

2. To Pittsburgh, Pennsylvania, from August 14 to August 18, and again on Augist 25, to September 1. Mr. Allegrino plans to perform renovations on an investment property. He plans to fly on U.S. Air flight #3524 and #3531 each time. He intends to stay at the Crowne Plaza Hotel Pittsburgh South, 164 Fort Couch Road, in Pittsburgh (800-465-4329).

*Faxed 7/31/08*

Application Granted

**SO ORDERED:** [signature] 7/31/08

Hon. George A. Yanthis
United States Magistrate Judge

6357418.1